IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00139

**MICHAEL HEGERMILLER and RITCHELLE T. HEGERMILLER,**

    **Plaintiffs,**

v.

**BARBARA HEGERMILLER-SMITH, and LYNN M. KILAR,**

    **Defendants.**

**ORDER GRANTING JOINT/CONSENT MOTION FOR DISBURSEMENT OF FUNDS AND NOTICE OF SETTLEMENT**

This matter comes before the Court on the joint motion for disbursement of funds filed by Michael Hegermiller, Ritchelle T. Hegermiller, Barbara Hegermiller-Smith and Lynn M. Kilar ("the Interested Parties"). The Court has been advised that the parties have settled the dispute among them. Accordingly, the parties' joint motion is **GRANTED**. The Court **ORDERS** as follows:

1. With respect to the interpleader deposit made by Genworth Life and Annuity Insurance Company ("Genworth") pursuant to the Court's prior order, the Court **ORDERS** the Clerk of Court to disburse the entirety of the interpleaded funds, together with any and all interest accrued thereon, to Michael Hegermiller and Ritchelle T. Hegermiller, with said payment sent to the attention of James J. Mills, Esq., of Burns, Day & Presnell, P.A. (PO Box 10867, Raleigh, NC 27605), who is counsel for Michael and Ritchelle Hegermiller.

1

2. Within fourteen (14) days of the filing date of this Order, the parties are **ORDERED** to provide the Clerk of Court with all information required to effectuate these disbursements.

3. The Clerk of Court is **DIRECTED** to enter notice on the docket when all disbursements to the parties have been made consistent with this Order. Within fourteen (14) business days of such notice, the parties are **ORDERED** to file a stipulation of dismissal with prejudice of this matter.

**SO ORDERED** this the 5 day of March, 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE